**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-1763**

OTIS O. EDWARDS,

        Plaintiff - Appellant,

    v.

THE ATLANTIC GROUP, INCORPORATED,

        Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:07-cv-00433-RAJ-TEM)

Submitted: November 13, 2008     Decided: November 18, 2008

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Otis O. Edwards, Appellant Pro Se. Douglas Robinson Burtch, LITTLER MENDELSON, PC, McLean, Virginia; Kimberly Jeanne Gost, LITTLER MENDELSON PC, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Otis O. Edwards appeals the district court's order dismissing his employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Edwards v. The Atlantic Group, Inc., No. 2:07-cv-00433-RAJ-TEM (E.D. Va. June 23, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED